THE CLEVELAND CO-OPERATIVE STOVE COMPANY, PLAIN-
TIFF IN ERROR, V. RANDOLPH GRIMES, DEFENDANT IN
ERROR.

1. **Summons:** INDORSEMENT OF AMOUNT CLAIMED. In all civil
   actions, for the recovery of money only, whether commenced in
   the district, county, or justice courts, the amount for which
   judgment will be taken, if the defendant fail to appear, is re-
   quired to be indorsed on the summons.

2. ———: ——————————. Where such indorsement is made a
   defendant has the right to rely upon it as fixing a limit beyond
   which the court cannot go in rendering judgment, in case he
   choose to make no appearance in the action; and it is error to
   exceed it.

ERROR to the district court for Lancaster county.
Tried below, before POUND, J.

*T. M. Marquett,* for plaintiff in error.

*Harwood & Ames,* for defendant in error.

LAKE, J.

By the judgment here complained of, a judgment
of the county court, in an action wherein the present
plaintiff in error was plaintiff and the defendant in
error was defendant, was reversed, and the original
case retained for trial in the district court. It appears
that, as the statute requires, there was indorsed on the
back of the summons an amount for which judgment
would be taken "if the defendant failed to appear,"

NOTE.—In an action to recover a balance due after the sale of
premises under a mortgage foreclosure, and praying for a vendor's
lien, no indorsement on summons is necessary. But if one be made
it should advise the defendant of the relief prayed for. *Watson v.
McCartney,* 1 Neb., 137. See also *Crowell v. Galloway,* 3 Neb., 215.
*Roggencamp v. Moore,* ante p. 105.—REP.

The amount thus stated was $94.37.    The defendant made no appearance, and judgment was thereupon rendered against him for $194.37, or one hundred dollars more than the indorsement.

In all civil actions for the recovery of money only, whether commenced in the district, county, or justice courts, it is required that there be indorsed on the summons the amount for which judgment will be taken if the defendant fail to appear.    And it is expressly provided that "if the defendant fail to appear judgment shall not be rendered for a larger amount and costs."    Code of civil procedure, secs. 64, 910. Gen. Stat., 533, 666.

The provision here quoted is mandatory, and in case of the non-appearance of a defendant thus summoned, no judgment in excess of the amount indorsed on the writ can be lawfully rendered against him.    A defendant has the right to rely upon this indorsement as fixing a limit beyond which the court cannot go in rendering judgment, in case he chooses to make no appearance in the action; and it is error to exceed it. *Watson v. McCartney*, 1 Neb., 131.    *Crowell v. Galloway*, 3 Neb., 215.    The judgment of reversal by the district court was clearly right, and must be affirmed.

JUDGMENT AFFIRMED.